IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RAY JUSTIS,

        Petitioner,

v.                              CIVIL ACTION NO.   2:15-cv-06420

KAREN PSZCZOLKOWSKI, Warden,
Northern Correctional Facility,

        Respondent.

**ORDER**

      This action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On September 11, 2015, Judge Eifert submitted her Proposed Findings & Recommendations [ECF No. 3] ("PF&R") and recommended that the court **DENY** the petitioner's Motion for Stay of Abeyance [ECF No. 1] and **DISMISS** the case. The parties were directed to file any objections to the PF&R on or before September 28, 2015. Neither party filed objections to the PF&R—nor sought an extension of time—on or before September 28, 2015.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** the petitioner's Motion for Stay of Abeyance [ECF No. 1], **DISMISSES** the case, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    October 2, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE